IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MISTY KEZIOR, #112960**                                                                                       **PLAINTIFF**

**V.**                                        **4:20CV01207-BRW-JTK**

**DOE, et al.**                                                                                                      **DEFENDANTS**

**ORDER**

I have received proposed findings and recommendations (Doc. No. 13) from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's second Amended Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment will accompany this Order.

Plaintiff's Motion to Amend Complaint (Doc. No. 14) is DENIED as MOOT.

IT IS SO ORDERED this 9th day of December, 2020.

                                                        Billy Roy Wilson_____
                                                        UNITED STATES DISTRICT JUDGE