# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MISTY KEZIOR, #112960**                                                                 **PLAINTIFF**

**V.**                              **4:20CV01207-BRW-JTK**

**DOE, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Based on the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

I certify that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of December, 2020.


                                            Billy Roy Wilson_____
                                            UNITED STATES DISTRICT JUDGE